ORDER **ON ORAL MOTION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Lynne P. Krammer
Ball Livingston
661 Franklin Avenue
Nutley, New Jersey 07110
Telephone: (973) 661-4545
Facsimile: (973) 661-4646

Thomas M. Kennedy
William Schimmel
Kennedy, Jennik & Murray, P.C.
113 University Place, Seventh Floor
New York, New York 10003
Telephone: (212) 358-1500
Facsimile: (212) 358-0207

07cv 1349 (JLL)

-----------------------------------------------------------------x
MATTHEW ERLICH, JOHN GILLIS, as General
Manager of the NEW YORK NEW JERSEY JOINT
BOARD, UNITE HERE,

                          Plaintiffs,

                          **CONSENT ORDER**

-against-

MICHAEL ASOUTI, as General Manager of the
Crowne Plaza Hotel & Exhibition Center, ROSDEV
HOSPITALITY, SECAUCUS, L.P., ROSDEV
HOSPITALITY U.S., L.L.C., RD SECAUCUS, L.P.,
MICHAEL ROSENBERG, SHLOMO ROSENBERG,
DAVID ROSENBERG, THOMAS ROSENBERG,
JOSEPH DRAZIN, LOUIS DRAZIN, A. HOLZER,
A. LIEBERMAN, JOHN DOE NUMBER ONE,
JOHN DOE NUMBER TWO, JOHN DOE NUMBER
THREE, TOWNSHIP OF BLOOMFIELD, JOHN DOE
NUMBER FOUR, JOHN DOE NUMBER FIVE, and
TOWN OF SECAUCUS,

                          Defendants.
-----------------------------------------------------------------x

A motion having been made by Plaintiff to extend the time for Defendants Michael

Asouti, Rosdev Hospitality, Secaucus, L.P., Rosdev Hospitality U.S., L.L.C., RD Secaucus, L.P., Michael Rosenberg, Shlomo Rosenberg, David Rosenberg, Thomas Rosenberg, Joseph Drazin, Louis Drazin, A. Holzer, A. Lieberman, and John Doe Number One, to Answer,

IT IS HEREBY ORDERED, that the time for the above mentioned Defendants to file an Answer shall be extended to June 15, 2007.

5/8/07

s/Claire C. Cecchi

_____
Honorable Claire C. Cecchi
U.S. District Court Judge